UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY and SALLY SAMSON, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Consolidated Cases Filed Under Case No.  C05-5197RJB<br><br>ORDER DIRECTING PLAINTIFFS ALAN AND MAUREEN WEISS TO SHOW CAUSE |
| ALAN and MAUREEN WEISS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | [Case No.  C05-5198RJB] |
| MARY LAMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | [Case No.  C05-5199RJB] |

ORDER
Page - 1

| | |
|---|---|
| ROBERT and JO ANNE HACKER, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>    Defendant. | [Case No.  C05-5201RJB] |
| CHARLES AND SARAH KUHN, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>    Defendant. | [Case No.  C05-5202RJB] |
| JOHN L. and CAROLE D. SUTHERLAND, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>    Defendant. | [Case No.  C05-5203RJB] |
| THOMAS E. MORGAN III, and BETH BRYSON MORGAN, husband and wife, THOMAS E. MORGAN CHILDREN'S TRUST; BLAKELY ROCK HOLDINGS LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>    Defendant. | [Case No.  C05-5204RJB] |

| | |
|---|---|
| A. GARY and BARBARA J. AMES, husband and wife, and A. GARY AND BARBARA J. AMES LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | [Case No. C05-5205RJB] |
| MARC D and TRINA LAROCHE, husband and wife, and BLAKELY PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | [Case No. C05-5206RJB] |

This matter comes before the Court *sue sponte* on review of the case file. The file indicates that Plaintiffs Alan and Maureen Weiss did not participate in the Joint Status Report (Dkt. 29) filed on November 14, 2005.

PROCEDURAL HISTORY

Nine actions against the City of Bainbridge Island have been consolidated under Case No. 05-5197, pursuant to the Court's order on October 20, 2005. Dkt. 16. Initially, all nine Plaintiffs were represented by the law firm of Davis Wright Tremaine LLP. On September 9, 2005, the Court permitted Davis Wright Tremaine LLP to withdraw as counsel for Plaintiffs Alan and Maureen Weiss. Case No. 05-5198, Dkt. 13. The Weisses are currently *pro se* in this matter.

On August 30, 2005, the Court ordered the parties to draft and file a Joint Status Report by November 14, 2005. Case No. 05-5198, Dkt. 10. On November 14, 2005, all parties, except for Alan and Maureen Weiss, filed a Joint Status Report. Dkt. 29. In the report, the parties contend the following:

ORDER
Page - 3

The Weisses have failed to respond to any of several efforts to communicate with them about this case, including (a) an email dated Monday, October 31, 2005, from Mr. Middleton to the Weisses attaching a draft joint status report and discovery plan; (b) email and FedEx service Monday, October 31, 2005, of the Joint Motion re Joint Status Report & Discovery Plan; (c) an email dated November 11, 2005, from Mr. Middleton to the Weisses attaching a revised version of the draft joint status report and discovery plan; and (d) an email dated November 11, 2005, from Ms. Croll to the Weisses regarding Rule 26 disclosure obligations. The parties also understand that the court has been unable to communicate with the Weisses. *Id.* at 5.

Further, the Court has not received any correspondence or filings from Plaintiffs Alan and Maureen Weiss since September 9, 2005, when they became *pro se* in this matter.

ORDER

Plaintiffs acting *pro se* are responsible for following orders issued by the Court, which includes participating in the drafting and filing of the Joint Status Report. Because Plaintiffs Alan and Maureen Weiss are acting *pro se* and may be unfamiliar with their obligations, it is appropriate for the Court to allow them another two weeks to show cause why their claims should not be dismissed for failure to prosecute and for failure to obey the orders of the Court.

Therefore, it is hereby

**ORDERED** that Plaintiffs Alan and Maureen Weiss may show cause in writing, if any they have, why their case should not be dismissed for failure to prosecute and failure to obey the orders of the Court. Any response to this Order to Show Cause must be filed on or before December 14, 2005. If not so filed, all claims filed by Plaintiffs Alan and Maureen Weiss in this matter may be dismissed without further notice.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 1st day of December, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge