UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMSON, et al, | |
| Plaintiff, | CASE NO. C05-5197RJB |
| v. | |
| CITY OF BAINBRIDGE ISLAND, | MINUTE ORDER |
| Defendant. | |

The Court having been informed that the parties have made progress in their settlement discussions and intend to file a stipulated motion to stay this matter, it is hereby **ORDERED** that the parties shall file a motion to stay or settlement or dismissal papers on or before September 15, 2006.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 22nd day of August, 2006.

Robert J Bryan
United States District Judge

MINUTE ORDER