UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KELLY and SALLY SAMSON, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | No. C 05-5197 RJB<br><br>[Consolidated case nos. 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206]<br><br>STIPULATION & ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE |

The parties stipulate as follows:

1. Effective immediately upon execution of the subjoined order by the Court, pursuant to GR 2, Alan S. Middleton and the law firm of Davis Wright Tremaine LLP shall be granted leave to withdraw and shall be deemed to have withdrawn as counsel for all of the plaintiffs in this consolidated action and Aaron M. Laing and Phillip T. Kasin of the law firm of Schwabe, Williamson & Wyatt shall be granted leave and shall be deemed to have appeared and substituted as attorneys of record for plaintiffs.

**STIPULATION & ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE (No. C 05-5197 RJB) — 1**
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

2. Dennis D. Reynolds of the Law Offices of Dennis D. Reynolds remains as co-counsel of record for the plaintiffs.

3. Copies of all future papers and pleadings herein, except original process, shall be served upon the substituted attorneys of record and Mr. Reynolds.

DATED this 6th day of July 2009.

Davis Wright Tremaine LLP
Withdrawing Attorneys for Plaintiffs

By /s/ Alan S. Middleton
   Alan S. Middleton, WSBA #18118
   1201 Third Avenue, Suite 2200
   Seattle, WA 98101-3045
   Telephone: (206) 622-3150
   Fax: (206) 757-7103
   E-mail: alanmiddleton@dwt.com

Law Offices of Dennis D. Reynolds
Attorneys for Plaintiffs

By /s/ Alan S. Middleton (email authority)
   Dennis D. Reynolds, WSBA #4762
   200 Winslow Way W, Unit 380
   Bainbridge Island, WA 98110-4932
   Telephone: (206) 780-6777
   Fax: (206) 780-6865
   E-mail: dennis@ddrlaw.com

Keating, Bucklin & McCormack, Inc., P.S.
Attorneys for Defendant

By /s/ Alan S. Middleton (email authority)
   Michael C. Walter, WSBA #15044
   Randal W. Ebberson, WSBA # 7620
   800 Fifth Avenue, Suite 4141
   Seattle, WA 98104-3175
   Telephone: (206) 623-8861
   Fax: (206) 223-9423
   E-mail: mwalter@kbmlawyers.com;
rebberson@kbmlawyers.com

**STIPULATION & ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE (No. C 05-5197 RJB) — 2**
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

| | |
|---|---|
| 1 | Inslee, Best, Doezie & Ryder, P.S.<br>Attorneys for Defendant |
| 2 | |
| 3 | By /s/ Alan S. Middleton (email authority)<br>   Rosemary A. Larson, WSBA #18084 |
| 4 |    777 – 108th Ave. N.E., Suite 1900<br>   P.O. Box C-90016 |
| 5 |    Bellevue, WA 98009-9016<br>   Telephone: (425) 455-1234 |
| 6 |    Fax: (425) 635-7720<br>   E-mail: rlarson@insleebest.com |
| 7 | Schwabe, Williamson & Wyatt<br>Substituting Attorneys for Plaintiffs |
| 8 | |
| 9 | By /s/Aaron M. Laing<br>   Aaron M. Laing, WSBA #34453 |
| 10 |    Phillip T. Kasin, WSBA #35389<br>   1420 Fifth Avenue, Suite 3010 |
| 11 |    Seattle, WA 98101-2339<br>   Telephone: (206) 622-1711 |
| 12 |    Fax: (206) 292-0460<br>   E-mail: alaing@schwabe.com;<br>          pkasin@schwabe.com |

**ORDER**

It is so ordered this 8th day of July, 2009.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

**STIPULATION & ORDER GRANTING LEAVE TO WITHDRAW
AND SUBSTITUTE (No. C 05-5197 RJB) — 3
Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael C. Walter    mwalter@kbmlawyers.com

    Randal W. Ebberson    rebberson@kbmlawyers.com

    Rosemary Larson    rlarson@insleebest.com

    Dennis D. Reynolds    dennis@ddrlaw.com

I further certify that on July 6, 2009, I caused to be mailed to each of the plaintiffs a copy of this stipulation.

DATED this 6th day of July, 2009.

    Davis Wright Tremaine LLP
    Attorneys for Plaintiffs

    By /s/ Alan S. Middleton
       Alan S. Middleton, WSBA #18118
       1201 Third Avenue, Suite 2200
       Seattle, WA 98101-3045
       Telephone: (206) 622-3150
       Fax: (206) 757-7103
       E-mail: alanmiddleton@dwt.com

**STIPULATION & ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE (No. C 05-5197 RJB) — 4**
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699