

05-CV-05197-ORD

THE HONORABLE ROBERT J. BRYAN

FILED RECEIVED LODGED
AUG - 6 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY and SALLY SAMSON, husband and wife, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>Defendant. | Case No. C 05-5197 RJB<br><br>[Consolidated case nos. 05-5197, 05-5198, 05-5199, 05-5201, 05-5202, 05-5203, 05-5204, 05-5205, 05-5206]<br><br>STIPULATED MOTION AND ORDER TO FILE AMENDED COMPLAINTS, CONTINUE TRIAL DATE, AND AMEND CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR: August 4, 2009 |

## STIPULATED MOTION

The parties jointly stipulate and move this Court for an order allowing Plaintiffs to file amended complaints, and for an order granting a 180-day continuance of the trial date and related unexpired case schedule deadlines.

Plaintiffs wish to amend their complaints to clarify certain facts and causes of action. The parties have agreed that Plaintiffs shall be allowed to amend their complaints and that Defendant does not waive any defenses to any of the claims in the amended complaints, including but not limited to defenses based on the statute of limitations and failure of any of the new language (*i.e.*, new claims, parties, properties, etc.) in the amended complaints to "relate back" to the date of filing of the original complaints. The parties further stipulate and move for an order continuing the trial date for a period of 180 days and amending related

STIPULATION AND ORDER TO FILE AMENDED
COMPLAINTS, CONTINUE TRIAL DATE, AND
AMEND CASE SCHEDULE: Case No. C 05-5197 RJB - 1
PDX/121215/172200/PTK/4872721.2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

case schedule deadlines accordingly.

The 180-day continuance of the trial date and related case schedule deadlines is necessary because Plaintiffs just recently (June 11, 2009) retained the law firm Schwabe, Williamson & Wyatt to represent them in this case along with Dennis D. Reynolds. Per the federal civil rules and by agreement of the parties, Schwabe, Williamson & Wyatt was only recently substituted as counsel for Plaintiffs in place of Davis Wright Tremaine in an order signed by this Court on July 8, 2009.

Moreover, this is a factually and procedurally complex case involving many years of legislative enactments and appeals of those enactments. Significant written discovery and document production has already taken place. Continuing the trial and related unexpired case schedule deadlines for 180 days will allow Plaintiffs' new counsel to adequately review and digest the issues involved in this litigation as well as the discovery and documents produced to date. It will also allow Defendant to timely conduct whatever additional discovery it deems necessary in light of the amended complaints.

The parties propose the following revised case schedule:

| Date | Event |
|---|---|
| February 19, 2010 | Disclosure of expert testimony under FRCP 26(a)(2) |
| March 29, 2010 | Deadline to FILE all motions related to discovery |
| April 19, 2010 | Discovery COMPLETED |
| May 20, 2010 | Deadline to FILE all dispositive motions |
| June 18, 2010 | Deadline to HOLD settlement conference per CR 39.1(c)(2) |
| July 16, 2010 | Deadline to HOLD mediation per CR 39.1(c)(3) |
| July 19, 2010 | Deadline to FILE motions in limine (motions to be NOTED on the motion calendar no later than the second Friday thereafter) |
| July 23, 2010 | Deadline to FILE letter of compliance as to CR 39.1 |
| July 30, 2010 | Agreed pretrial order LODGED with the court |
| August 5, 2010 | Pretrial conference will be HELD at 8:30 a.m. (Counsel shall report to |

STIPULATION AND ORDER TO FILE AMENDED
COMPLAINTS, CONTINUE TRIAL DATE, AND
AMEND CASE SCHEDULE: Case No. C 05-5197 RJB - 2
PDX/121215/172200/PTK/4872721.2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

| | |
|---|---|
| 1 | Courtroom A) |
| 2 | August 5, 2010    Trial briefs, proposed voir dire and jury instructions due |
| 3 | August 16, 2010    15-day jury trial set for 9:30 a.m. |
| 4 | Dated this 3rd day of August, 2009. |

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *[signature]*
Aaron M. Laing, WSBA #34453
Philip T. Kasin, WSBA #35389
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: alaing@schwabe.com
      pkasin@schwabe.com
*Attorneys for Plaintiffs*

LAW OFFICE OF DENNIS D. REYNOLDS

By: *[signature]* per email authorization
for: Dennis D. Reynolds, WSBA #4762
200 Winslow Way W., Unit 380
Bainbridge Island, WA 98110
Telephone: (206) 780-6777
Facsimile: (206) 780-6865
Email: dennis@ddrlaw.com
*Attorneys for Plaintiffs*

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: *[signature]* per email authorization
for: Michael C. Walter, WSBA #15044
Randal W. Ebberson, WSBA #7620
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
Telephone: (206) 623-8861
Facsimile: (206) 223-9423
Email: mwalter@kbmlawyers.com

STIPULATION AND ORDER TO FILE AMENDED COMPLAINTS, CONTINUE TRIAL DATE, AND AMEND CASE SCHEDULE: Case No. C 05-5197 RJB - 3
PDX/121215/172200/PTK/4872721.2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

rebberson@kbmlawyers.com
*Attorneys for Defendant*

INSLEE BEST DOEZIE & RYDER, P.S.

By: *[signature]* per email authorization
for: Rosemary A. Larson, WSBA #18084
777 – 108th Avenue NE, Suite 1900
P.O. Box C-90016
Bellevue, WA 98009
Telephone: (425) 455-1234
Facsimile: (425) 635-7720
Email: rlarson@insleebest.com
Attorneys for Defendant

## ORDER

Based upon the foregoing Stipulated Motion and being otherwise fully advised of the premises, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file amended complaints as attached to this Stipulated Motion and Order;

2. The current trial date of February 16, 2010 is hereby stricken. The trial shall be continued, and the new trial date shall be August 16, 2010;

3. The unexpired case schedule deadlines shall be amended and continued as set forth in the foregoing Stipulated Motion; and

///
///
///
///
///
///
///

STIPULATION AND ORDER TO FILE AMENDED
COMPLAINTS, CONTINUE TRIAL DATE, AND
AMEND CASE SCHEDULE: Case No. C 05-5197 RJB - 4
PDX/121215/172200/PTK/4872721.2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

4. None of Defendant's defenses to any of the claims in the amended complaints, including but not limited to defenses based on the statute of limitations and failure of any of the new language (*i.e.*, new claims, parties, properties, etc.) in the amended complaints to "relate back" to the date of filing of the original complaints, shall be deemed waived or otherwise prejudiced by this Stipulated Motion and Order.

DATED this 5th day of Aug, 2009.

_____
The Honorable Robert J. Bryan
United States District Judge

STIPULATION AND ORDER TO FILE AMENDED
COMPLAINTS, CONTINUE TRIAL DATE, AND
AMEND CASE SCHEDULE: Case No. C 05-5197 RJB - 5
PDX/121215/172200/PTK/4872721.2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2009, I caused to be served the foregoing *Stipulated Motion and Order to File Amended Complaints, Continue Trial Date, and Amend Case Schedule and all attached exhibits* on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following address:

| | |
|---|---|
| Dennis D. Reynolds, WSBA #4762<br>LAW OFFICE OF DENNIS D. REYNOLDS<br>200 Winslow Way W., Unit 380<br>Bainbridge Island, WA 98110<br>Telephone: 206.780.6777<br>E-Mail: dennis@ddrlaw.com | Michael C. Walter, WSBA #15044<br>KEATING BUCKLIN & McCORMACK, INC., P.C.<br>800 Fifth Avenue, Suite 4141<br>Seattle, WA 98104<br>Telephone: 206.623.8861<br>E-Mail: mwalter@kbmlawyers.com |
| Randal W. Ebberson, WSBA #7620<br>KEATING BUCKLIN & McCORMACK, INC., P.C.<br>800 Fifth Avenue, Suite 4141<br>Seattle, WA 98104<br>Telephone: 206.623.8861<br>E-Mail: rebberson@kbmlawyers.com | Rosemary A. Larson, WSBA #18084<br>INSLEE BEST DOEZIE & RYDER, P.S.<br>777 108th Avenue NE, Suite 1900<br>P.O. Box C-90016<br>Bellevue, WA 98009<br>Telephone: 425.455.1234<br>E-Mail: rlarson@insleebest.com |

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service
☐ other (specify) _____

/s/ Philip T. Kasin
Philip T. Kasin, WSBA #35389
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: pkasin@schwabe.com

CERTIFICATE OF SERVICE - 1